FILED

06/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0344

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0344

_____

CITY OF MISSOULA,

      Plaintiff and Appellee,

   v.                                 O R D E R

BRUCE ALLEN WINCHESTER,

      Defendant and Appellant.

_____

Appellant Bruce Allen Winchester was granted an extension of time to file and serve his opening brief on or before May 31, 2021. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than July 16, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant Bruce Allen Winchester and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 21 2021